

*Philip D. Murphy*
*Governor*

*Sheila Y. Oliver*
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
124 Halsey Street
PO Box 45029
Newark, NJ 07101

*Gurbir S. Grewal*
*Attorney General*

*Michelle Miller*
*Director*

October 14, 2020

*Via Electronic Filing*
Honorable James B. Clark, III
U.S. District Court
Martin Luther King, Jr., Federal Bldg.
    & U.S. Courthouse
50 Walnut Street, Room 369
Newark, NJ 07101

   **Re**: Sylvestre v. Palisades Interstate Park Commission Police, et al.,
     Civil Action No.: 2:16-cv-04835

Dear Judge Clark,

  My office represents the Defendants, Palisades Interstate Park Commission Police, Michael Holland, Travis Philhower, David Moscaritolo, and Michael Coppola in the above-referenced matter.

  The parties are currently scheduled to appear for a settlement conference tomorrow, October 15, 2020, at 2:00 p.m.

  Due to the COVID-related delays in holding the conference over the last few months, the parties have attempted to resolve the matter informally. However, it has become clear that we are too far apart at this time to have a productive formal settlement conference. In light of this, I respectfully request that the settlement conference be converted into a phone conference only. I have discussed this request with Mr. Woodruff, counsel for plaintiff, and he consents to this request.



*Telephone 973-648-7811 • Fax 973-648-7782 •john.regina@law.njoag.gov*
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

October 14, 2020  
Page 2

        Respectfully submitted,

        GURBIR S. GREWAL  
        ATTORNEY GENERAL OF NEW JERSEY

By:   s/ John Regina  
        John Regina  
        Deputy Attorney General

*Via Electronic Filing*  
Robert Woodruff, Esq.